**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6988**

---

RICKY LAFAYETTE MURRAY,

Plaintiff - Appellant,

versus

JEFFREY D. YOUNGS, sued in his individual
capacity,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. David C. Norton, District Judge.
(CA-01-875-7)

---

Submitted: September 6, 2001       Decided: September 14, 2001

---

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ricky Lafayette Murray, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Lafayette Murray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. Youngs, No. CA-01-875-7 (D.S.C. May 23, 2001. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED